IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:23cr104-MHT |
| | ) | (WO) |
| TRACEY SHANNON | ) | |

ORDER

This case is before the court on defendant Tracey Shannon's motion to review and reverse the detention order of the magistrate judge. Two status conferences were held on this motion: the first on July 11, 2023, and the second on July 17, 2023. Defense counsel filed evidentiary materials after the first status conference; the government filed additional materials after the second status conference. A pretrial services report has also been filed.

The court initially set the July 11 conference in order to discuss how to proceed on the motion, including whether the court should set an evidentiary hearing. At another point during this time, defense counsel emailed the courtroom deputy to ask about presenting live

testimony from the alleged domestic-violence victim. Recently, defense counsel also called the court to ask when the motion would be resolved, perhaps suggesting that it is ripe for resolution. Finally, it should be noted that the defendant was not present for either of the status conferences.

The court has two pending concerns. The first is whether either party still wants an evidentiary hearing or the opportunity to present more evidentiary materials, and, if not, whether the record is now closed, and a final decision by the court appropriate. The second is that the defendant was not present for either of the status conferences. The court is concerned that the defendant has not had an opportunity to hear in open court, for himself, about what occurred at the status conferences, nor has he heard how counsel for the parties now wish for the court to proceed and resolve the pending motion. Of course, the defendant has the right to waive

any opportunity for himself to be present before the pending motion is resolved.

Accordingly, it is ORDERED that, unless counsel for the parties indicate otherwise in writing by 5:00 p.m. on August 3, 2023, the court will consider the motion to review and reverse the detention order of the magistrate judge (Doc. 42) to be ready for immediate resolution. Absent a filing to the contrary, the court will further assume that the parties do not want an additional hearing (evidentiary or otherwise, with the defendant present) on this matter, or the opportunity to present any additional evidence or argument.

DONE, this the 2nd day of August, 2023.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE