IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:23cr104-MHT |
| | ) | (WO) |
| TRACEY SHANNON | ) | |

ORDER

Based on the evidence presented and the representations made to the court, and an independent and de novo review of the entire record, the court finds, for the reasons given by the United States Magistrate Judge in his June 30, 2023 Order (Doc. 41), that defendant Tracey Shannon has not shown "exceptional reasons" justifying his release pending sentencing.  *See* 18 U.S.C. 3145(c).

Accordingly, it is ORDERED that that defendant Tracey Shannon's motion to reverse detention order (Doc. 42) is denied.

The court would emphasize that, for purposes of sentencing, defendant Shannon needs a thorough mental-health evaluation that includes a focus on domestic violence and what treatment, if indicated, is

warranted to address that issue.  Defense counsel should also focus on developing a plan for how defendant Shannon is to achieve and maintain compliance with all applicable state and federal sex-offender notification and registration requirements upon his eventual release.

DONE, this the 14th day of August, 2023.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE